IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| TOM DENTON d/b/a CLUB EROTICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 06-1028-T/An |
| | ) | |
| HENRY COUNTY ADULT-ORIENTED | ) | |
| ESTABLISHMENT BOARD; DAVID | ) | |
| BUMPUS, Sheriff of Henry County, | ) | |
| Tennessee; and BRENT GREER, as | ) | |
| County Mayor of Henry County, | ) | |
| Tennessee, | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT

The plaintiff, Tom Denton d/b/a Club Erotica, filed this action seeking a declaratory judgment that the Adult-Oriented Establishment Registration Act (the "Act"), Tenn. Code Ann. § 7-51-1101 *et seq.*, is unconstitutional and requesting an injunction prohibiting enforcement of the Act. Paul G. Summers, Attorney General for the State of Tennessee, was granted leave to intervene on March 22, 2006. Attorney General Summers also filed a motion for more definite statement pursuant to Federal Rule of Civil Procedure 12(e). Plaintiff has not responded to the motion.

In the complaint, plaintiff alleges that the Act is unconstitutional on various grounds. However, many of the allegations are general and conclusory in nature. The complaint does

not identify the particular sections of the Act being challenged or contain allegations setting

forth the reasons why any particular section of the Act is unconstitutional.  Attorney General

Summers maintains that without a more definite statement, he cannot determine whether

specific defenses, such as standing and severability, should be raised in his response to the

complaint.

The Attorney General's motion (dkt. #9) is GRANTED.  Plaintiff is hereby

ORDERED to file, within twenty days after the entry of this order, a more definite statement

with regard to paragraphs 3, 5, 14-24 26, and 28-29 of the complaint.[1]  Plaintiff should set

out the specific sections of the Tennessee Code being challenged and the legal basis for his

contention that those sections are unconstitutional.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also may include additional information with regard to paragraphs 1-2, 4, 8-11 and 13, if he so chooses.  However, the Attorney General has indicated that he is able to respond to those paragraphs without more.